IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY E. DOMINA, <br> FRANK POLLARD, <br> ROBERT L. DICKEY, and <br> ROYCE D. JANZEN, <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 4:16CV3074 <br><br><br><br> ORDER |

IT IS ORDERED that Defendant's Motion for Scheduling Order Regarding General Causation (Filing No. 23) and Defendant's Motion to Sever Plaintiffs' Claims (Filing No. 26) and are referred to Magistrate Judge Cheryl R. Zwart for disposition, as appropriate.

DATED this 26th day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge